ORIGINAL

1 | DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
2 | P O BOX 50013
SAN JOSE, CA 95150-0013
3
Telephone: (408) 354-4413
4 | Facsimile: (408) 354-5513

5 | Trustee for Debtors

6

7

8 | UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
9 | SAN JOSE DIVISION

10

11 | In Re:                                      ) Chapter 13
                                                )
12 | RICHARD A DUGAN III                        ) Case No. 08-55389 ASW
                                                )
13 | STEPHANIE A DUGAN                          ) **NOTICE OF UNCLAIMED DIVIDEND**
                                                )
14 |               Debtors                      )
                                                )
15 | _____)

16 | TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

17 |    Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2489555 for an unclaimed dividend

18 | in the amount of $31.52. The name and address of the claimant entitled to the unclaimed

19 | dividend is as follows;

20 |            RICHARD A DUGAN III
              STEPHANIE A DUGAN
21 |            487 MARSHALL AVE
              SAN JOSE, CA 95125

22

23

24 | Dated: May 03, 2011                        _____
                                                 DEVIN DERHAM-BURK, TRUSTEE
25

26

27

28